Form 210A (10/06)

# United States Bankruptcy Court

WESTERN DISTRICT OF WISCONSIN

In Re: PETTY; ROGER             Case No. 0713578
     PETTY; VICTORIA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC            CACH, LLC
-----------------------------------------      -------------------------------------------
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 6
should be sent:                                          Amount of Claim: $4,949.49
POB 41067                                                 Date Claim Filed: 10/03/2007
NORFOLK, VA 23541

Phone: (877)829-8298                              Phone:
Last Four Digits of Acct # :  0001                Last Four Digits of Acct #:

Name and Address where transferee payments
Should be sent (if different from above)
PO Box 12914
NORFOLK, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 0001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia                            Date: 5/28/2008
     -------------------------------------------
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571


*486759*